*amicus curiae* briefs in support of the Appellant and Appellee by eligible law students acting under supervising attorneys. See Rules 13A and 26(a)(2), Rules of Practice and Procedure. The briefs shall be filed on or before March 21, 2017.

No. 17–0196/AF. U.S. v. Paul D. Voorhees. CCA 38836. Appellant's motion to attach a document is granted, and Appellant's second motion to extend time to file the supplement to the petition is granted to February 28, 2017.

Tuesday, February 14, 2017

No. 16–0155/AF. U.S. v. Nehral Albert R. Maliwat. CCA 38579. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER THE MILITARY JUDGE ABUSED HIS DISCRETION BY PROVIDING THE PROPENSITY INSTRUCTION UNDER MILITARY RULE OF EVIDENCE 413 AFTER FAILING TO PERFORM THE REQUIRED ANALYSIS ON THE RECORD AND AFTER THE GOVERNMENT FAILED TO PROVIDE THE REQUIRED NOTICE OF ITS INTENT TO ARGUE PROPENSITY.

The decision of the United States Air Force Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Air Force for remand to that court for reconsideration of the granted issue in light of *United States v. Hills*, 75 M.J. 350 (C.A.A.F. 2016).

No. 16–0669/NA. U.S. v. Mark A. Berger. CCA 201500024. On further consideration of the granted issues, 75 M.J. 479 (C.A.A.F. 2016), it is ordered that the decision of the United States Navy–Marine Corps Court of Criminal Appeals is hereby set aside. The record of trial is returned to the Judge Advocate General of the Navy for remand to that court for reconsideration of the granted issue in light of *United States v. Hills*, 75 M.J. 350 (C.A.A.F. 2016).